RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General

YAEL BORTNICK
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Washington, D.C. 20044
Telephone:     (202) 514-6632
Facsimile:     (202) 307-0054
Yael.bortnick@usdoj.gov

*Of Counsel:*
BILLY J. WILLIAMS
United States Attorney, District of Oregon

*Attorneys for the United States of America*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, *Plaintiff*, v. THOMAS T. STUCK, *Defendant.* | Case No. 3:19-cv-1161 **UNITED STATES' COMPLAINT** |

The United States of America complains and alleges as follows:

## INTRODUCTION

1. This is a civil action timely brought by the United States to reduce to judgment the outstanding federal tax assessments against Defendant Thomas T. Stuck.

## JURISDICTION AND VENUE

2. This action is commenced pursuant to 26 U.S.C. § 7401 at the direction of the Attorney General of the United States and with the authorization and request of the Chief Counsel of the Internal Revenue Service ("IRS"), a delegate of the Secretary of the Treasury of the United States.

Complaint
Page 1

3. The Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1340 and 1345, and 26 U.S.C. § 7402.

4. Venue properly lies in this judicial district pursuant to 28 U.S.C. §§ 1391(b) and 1396, because Thomas T. Stuck resides in the District of Oregon and because the tax liabilities at issue accrued in the District of Oregon.

## DEFENDANTS

5. Defendant Thomas T. Stuck is named as a defendant because he has unpaid federal tax liabilities.

## COUNT ONE:

## REDUCE FEDERAL TAX ASSESSMENTS TO JUDGMENT

6. The United States incorporates by reference paragraphs 1 through 5, above, as if fully set forth here.

7. On the dates and in the amounts set forth below, a duly authorized delegate of the Secretary of the Treasury made timely assessments against Thomas T. Struck for unpaid federal income taxes (Form 1040), penalties, interest, and other statutory additions in the amounts and for the periods indicated:

| Tax Year | Assessment Date | Assessment Amount and Type of Assessment | | Unpaid Balance as of 8/5/2019, Less Payments and Abatements |
|---|---|---|---|---|
| 2003 | 03/31/2008 | Additional Tax Assessed: | $1,936.00 | |
| | 08/31/2009 | Late Filing Penalty: | $6,116.00 | |
| | " | IRC 6662 Accuracy Penalty: | $5,279.80 | |
| | " | Additional Tax Assessed: | $26,399.00 | |
| | " | Interest Assessed: | $14,133.31 | |
| | 11/22/2010 | Late Payment Penalty: | $3,547.28 | |
| | 01/03/2011 | Fees and Collection Costs: | $25.00 | |
| | 11/28/2011 | Late Payment Penalty: | $2,568.72 | |
| | 11/11/2013 | Interest Assessed: | $8,270.16 | |
| | 12/07/2015 | Interest Assessed: | $4,128.14 | |
| | 12/05/2016 | Interest Assessed: | $2,556.51 | |
| | 12/04/2017 | Interest Assessed: | $2,890.92 | |
| | 12/03/2018 | Interest Assessed: | $3,531.61 | |
| | 12/17/2018 | Fees and Collection Costs: | $80.00 | $80,602.03 |

| Year | Date | Description | Amount | Total |
|---|---|---|---|---|
| 2004 | 03/31/2008 | Late Filing Penalty: | $2,369.28 | |
| | " | Additional Tax Assessed: | $10,529.00 | |
| | 3/23/2009 | Late Payment Penalty: | $2,474.32 | |
| | " | Penalty for not Pre-Paying Tax: | $61.64 | |
| | 03/31/2008 | Late Filing Penalty: | $262.97 | |
| | 08/31/2009 | Late Filing Penalty: | $7,016.75 | |
| | " | IRC 6662 Accuracy Penalty: | $5,613.20 | |
| | " | Additional Tax Assessed: | $28,066.00 | |
| | 11/11/2013 | Interest Assessed: | $29,538.22 | |
| | 12/07/2015 | Interest Assessed: | $5,491.80 | |
| | 12/05/2016 | Interest Assessed: | $3,402.35 | |
| | 12/04/2017 | Interest Assessed: | $3,848.09 | $72,165.35 |
| 2005 | 10/27/2008 | Penalty for not Pre-Paying Tax: | $22.00 | |
| | " | Late Filing Penalty: | $375.00 | |
| | " | Additional Tax Assessed: | $1,498.00 | |
| | " | Interest Assessed: | $378.84 | |
| | " | Late Payment Penalty: | $232.19 | |
| | 08/31/2009 | Late Filing Penalty: | $10,660.25 | |
| | " | IRC 6662 Accuracy Penalty: | $8,528.20 | |
| | " | Additional Tax Assessed: | $42,641.00 | |
| | 11/23/2009 | Late Payment Penalty: | $1,421.54 | |
| | 11/22/2010 | Late Payment Penalty: | $5,116.92 | |
| | 11/28/2011 | Late Payment Penalty: | $4,264.10 | |
| | 11/11/2013 | Interest Assessed: | $29,003.96 | |
| | 12/07/2015 | Interest Assessed: | $6,676.06 | |
| | 12/05/2016 | Interest Assessed: | $4,136.00 | |
| | 12/04/2017 | Interest Assessed: | $4,677.05 | |
| | 12/03/2018 | Interest Assessed: | $5,713.81 | $121,729.11 |
| 2006 | 10/27/2008 | Penalty for not Pre-Paying Tax: | $27.00 | |
| | " | Late Filing Penalty: | $334.00 | |
| | " | Additional Tax Assessed: | $1,335.00 | |
| | " | Interest Assessed: | $187.18 | |
| | " | Late Payment Penalty: | $126.82 | |
| | 08/31/2009 | Late Filing Penalty: | $3,903.75 | |
| | " | IRC 6662 Accuracy Penalty: | $3,129.00 | |
| | " | Additional Tax Assessed: | $15,645.00 | |
| | 11/23/2009 | Late Payment Penalty: | $636.23 | |
| | 11/22/2010 | Late Payment Penalty: | $1,917.45 | |
| | 11/28/2011 | Late Payment Penalty: | $1,564.50 | |
| | 11/11/2013 | Interest Assessed: | $8,422.75 | |
| | 12/07/2015 | Interest Assessed: | $2,386.56 | |
| | 12/05/2016 | Interest Assessed: | $1,478.53 | |
| | 12/04/2017 | Interest Assessed: | $1,671.96 | |
| | 12/03/2018 | Interest Assessed: | $2,042.49 | $41,760.71 |

| Year | Date | Item | Amount | Total |
|---|---|---|---|---|
| 2010 | 07/16/2012 | Tax Assessed: | $598.00 | |
| | " | Late Filing Penalty: | $135.00 | |
| | " | Late Payment Penalty: | $47.84 | |
| | " | Interest Assessed: | $31.60 | |
| | 12/07/2015 | Interest Assessed: | $87.06 | |
| | " | Late Payment Penalty: | $101.66 | |
| | 12/05/2016 | Interest Assessed: | $37.37 | |
| | 12/04/2017 | Interest Assessed: | $42.25 | |
| | 12/03/2018 | Interest Assessed: | $51.61 | $1,176.86 |
| 2011 | 06/25/2012 | Tax Assessed: | $693.00 | |
| | " | Late Filing Penalty: | $31.18 | |
| | " | Late Payment Penalty: | $10.39 | |
| | " | Interest Assessed: | $4.23 | |
| | 11/11/2013 | Interest Assessed: | $31.21 | |
| | " | Late Payment Penalty: | $55.44 | |
| | 12/22/2014 | Fees and Collection Costs: | $40.00 | |
| | 12/07/2015 | Interest Assessed: | $54.08 | |
| | " | Late Payment Penalty: | $107.41 | |
| | 12/05/2016 | Interest Assessed: | $38.33 | |
| | 12/04/2017 | Interest Assessed: | $43.34 | |
| | 12/03/2018 | Interest Assessed: | $52.94 | $1,207.16 |
| | | **Total:** | | **$318,641.22** |

8.  In accordance with 26 U.S.C. § 6303, timely and proper notice and demand for payment of the assessments described in paragraph 7, above, was provided to and made upon Thomas T. Stuck.

35.  Despite notice and demand for payment Thomas T. Stuck neglected, failed and/or refused to fully pay the amounts set forth in paragraph 7, above.

36.  There is due and owing from Thomas T. Stuck on the assessments described in paragraph 7, above, the sum of $318,641.22, plus statutory interest and other additions running from August 5, 2019, as provided by law.

WHEREFORE, the United States of America prays as follows:

A.  That this Court determine and adjudge that defendant Thomas T. Stuck is indebted to the United States of America on the assessments described in paragraph 7, above, in the sum of $318,641.22, plus statutory interest and other additions running from August 5, 2019, as provided by law, or in such amount as the Court determines, and that the United States recover judgment therefore; and

  B. That the United States be awarded its costs and such other relief as is just and proper.

  Respectfully submitted this 26th day of July, 2019.

        RICHARD E. ZUCKERMAN
        Principal Deputy Assistant Attorney General

        */s/ Yael Bortnick*
        YAEL BORTNICK
        Trial Attorney, Tax Division
        U.S. Department of Justice
        P.O. Box 683
        Washington, D.C. 20044
        Telephone: (202) 514-6632
        Facsimile: (202) 307-0054
        Yael.bortnick@usdoj.gov

        *Of Counsel:*
        BILLY J. WILLIAMS
        United States Attorney, District of Oregon

        *Attorneys for the United States of America*

JS 44 (Rev. 12/12)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
United States of America

## DEFENDANTS
Thomas T. Stuck

**(b)** County of Residence of First Listed Plaintiff
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: Yamhill
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Yael Bortnick, US Dept. of Justice, PO Box 682, Ben Franklin Station, Washington, DC 20044; 202-514-6632

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [x] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [ ] 3 Federal Question (U.S. Government Not a Party)
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 400 State Reapportionment |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability / ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | ☐ 410 Antitrust |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | **PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability / ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 820 Copyrights | ☐ 450 Commerce |
| ☐ 151 Medicare Act | ☐ 340 Marine | | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| | | | | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle / **PERSONAL PROPERTY** / ☐ 370 Other Fraud | **LABOR** | **SOCIAL SECURITY** | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability / ☐ 371 Truth in Lending | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury / ☐ 380 Other Personal Property Damage | ☐ 720 Labor/Management Relations | ☐ 862 Black Lung (923) | ☐ 890 Other Statutory Actions |
| ☐ 195 Contract Product Liability | | | ☐ 863 DIWC/DIWW (405(g)) | ☐ 891 Agricultural Acts |
| ☐ 196 Franchise | ☐ 362 Personal Injury - Medical Malpractice / ☐ 385 Property Damage Product Liability | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 893 Environmental Matters |
| | | ☐ 751 Family and Medical Leave Act | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of Information Act |
| | | ☐ 790 Other Labor Litigation | | ☐ 896 Arbitration |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 791 Employee Retirement Income Security Act | **FEDERAL TAX SUITS** | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights / **Habeas Corpus:** | | [x] 870 Taxes (U.S. Plaintiff or Defendant) | |
| ☐ 220 Foreclosure | ☐ 441 Voting / ☐ 463 Alien Detainee | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 950 Constitutionality of State Statutes |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment / ☐ 510 Motions to Vacate Sentence | | | |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations / ☐ 530 General | | | |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment / ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | | ☐ 462 Naturalization Application | | |
| | ☐ 446 Amer. w/Disabilities - Other / **Other:** / ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | | ☐ 550 Civil Rights | | |
| | ☐ 448 Education / ☐ 555 Prison Condition | | | |
| | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- [ ] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
26 U.S.C. s. 7401

Brief description of cause:
Reduce tax liabilities to judgment

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

**DEMAND $** 318,641.22

CHECK YES only if demanded in complaint:
**JURY DEMAND:** ☐ Yes [x] No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____
DOCKET NUMBER _____

DATE: 07/26/2019

SIGNATURE OF ATTORNEY OF RECORD: /s/ Yael Bortnick

**FOR OFFICE USE ONLY**

RECEIPT # _____    AMOUNT _____    APPLYING IFP _____    JUDGE _____    MAG. JUDGE _____

## INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44

Authority For Civil Cover Sheet

The JS 44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. The attorney filing a case should complete the form as follows:

I.(a) **Plaintiffs-Defendants.** Enter names (last, first, middle initial) of plaintiff and defendant. If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations. If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.

(b) **County of Residence.** For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing. In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing. (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)

(c) **Attorneys.** Enter the firm name, address, telephone number, and attorney of record. If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

II. **Jurisdiction.** The basis of jurisdiction is set forth under Rule 8(a), F.R.Cv.P., which requires that jurisdictions be shown in pleadings. Place an "X" in one of the boxes. If there is more than one basis of jurisdiction, precedence is given in the order shown below.
United States plaintiff. (1) Jurisdiction based on 28 U.S.C. 1345 and 1348. Suits by agencies and officers of the United States are included here.
United States defendant. (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.
Federal question. (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States. In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.
Diversity of citizenship. (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states. When Box 4 is checked, the citizenship of the different parties must be checked. (See Section III below; **NOTE: federal question actions take precedence over diversity cases.**)

III. **Residence (citizenship) of Principal Parties.** This section of the JS 44 is to be completed if diversity of citizenship was indicated above. Mark this section for each principal party.

IV. **Nature of Suit.** Place an "X" in the appropriate box. If the nature of suit cannot be determined, be sure the cause of action, in Section VI below, is sufficient to enable the deputy clerk or the statistical clerk(s) in the Administrative Office to determine the nature of suit. If the cause fits more than one nature of suit, select the most definitive.

V. **Origin.** Place an "X" in one of the six boxes.
Original Proceedings. (1) Cases which originate in the United States district courts.
Removed from State Court. (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441. When the petition for removal is granted, check this box.
Remanded from Appellate Court. (3) Check this box for cases remanded to the district court for further action. Use the date of remand as the filing date.
Reinstated or Reopened. (4) Check this box for cases reinstated or reopened in the district court. Use the reopening date as the filing date.
Transferred from Another District. (5) For cases transferred under Title 28 U.S.C. Section 1404(a). Do not use this for within district transfers or multidistrict litigation transfers.
Multidistrict Litigation. (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407. When this box is checked, do not check (5) above.

VI. **Cause of Action.** Report the civil statute directly related to the cause of action and give a brief description of the cause. **Do not cite jurisdictional statutes unless diversity.** Example: U.S. Civil Statute: 47 USC 553  Brief Description: Unauthorized reception of cable service

VII. **Requested in Complaint.** Class Action. Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.
Demand. In this space enter the actual dollar amount being demanded or indicate other demand, such as a preliminary injunction.
Jury Demand. Check the appropriate box to indicate whether or not a jury is being demanded.

VIII. **Related Cases.** This section of the JS 44 is used to reference related pending cases, if any. If there are related pending cases, insert the docket numbers and the corresponding judge names for such cases.

**Date and Attorney Signature.** Date and sign the civil cover sheet.

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Oregon

| United States of America | ) |
|---|---|
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 3:19-cv-1161 |
| Thomas T. Stuck | ) |
| *Defendant(s)* | ) |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  Thomas T. Stuck
1130 NE 19th St.
McMinnville, OR 97128

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Yael Bortnick
U.S. Dept. of Justice, Tax Div.
PO Box 683, Ben Franklin Station
Washington, DC 20044

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____    _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 3:19-cv-1161

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: